UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

FILED
2011 OCT 20 P 1: 14

U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OK

IN RE:  MICHAEL L. CALLOWAY SR, and        )   CASE NO: 11-15486
        LILLIE E. CALLOWAY,                )   CHAPTER 13
                                           )
                                           )
                                           )
            DEBTORS,                       )
                                           )
                                           )
                                           )

## VOLUNTARY DISMISSAL

Comes now the debtors and advise the court they wish to voluntarily dismiss their bankruptcy case 11-15486 as of <u>October 19, 2011</u> as arrangements have been made for and/or with reasons mutually agreed upon.

_____        _____
Signature                               Signature


                                        _____
                                        Notary

TERESA L. HAMILL
Notary Public - State of Oklahoma
Logan County
Commission # 01013897
My Commission Expires 9/22/2013