**Dated: October 24, 2011 13:26:28**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL L. CALLOWAY and | ) | CASE NO. 11-15486-NLJ |
| LILLIE E. CALLOWAY, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER OF DISMISSAL

Debtors filed their Chapter 13 Bankruptcy Petition on October 6, 2011. On October 20, 2011, Debtors filed a Voluntary Dismissal, advising the Court that they wish to voluntarily dismiss their bankruptcy petition. The applicable section of the Bankruptcy Code provides that:

> On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter.

11 U.S.C. § 1307(b). Debtors have requested dismissal of their bankruptcy case and the Court has verified that this case has not been converted.

Accordingly, this case is hereby dismissed.

# # #